### GOMEZ and WALDRON vs. GREEN.

Where a judgment of reversal on a writ error obtained by default, is set aside on payment of costs, no other than the costs of the term and of the subsequent proceedings can be charged.

COSTS. The plaintiff in error in this cause at a previous term obtained a judgment of reversal of a common pleas judgment by default, which was set aside on the defendants coming in and excusing their default on payment of costs; and the question was, what costs were to be paid, the costs of the tèrm and subsequent proceedings only, or a full bill of costs? THE COURT said that the former only could be charged, i. e. the costs of the term and of the subsequent proceedings.